■ In the Matter of MURRAY WHITAKER, Admitted as MURRAY WIEDERKEHR, a Disbarred Attorney, for Reinstatement.— Motion by petitioner for an order confirming the majority report of a Hearing Panel of the Departmental Disciplinary Committee for the First Judicial Department, and reinstating him as an attorney and counselor-at-law in the State of New York, denied. Concur—Murphy, P. J., Ross, Carro, Kassal and Smith, JJ.

■ In the Matter of MICHAEL B. SCHULMAN, a Suspended Attorney.—Motion to confirm the report and recommendation of the Hearing Panel of the Departmental Disciplinary Committee and reinstate movant as an attorney and counselor-at-law in the State of New York granted, and respondent is reinstated as an attorney and counselor-at-law effective June 6, 1989. Concur—Kupferman, J. P., Ross, Carro, Kassal and Wallach, JJ.